United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2    SCOTT JOHNSON,                                     Case No. 21-cv-08204-SVK

3              Plaintiff,

4          v.                                           **ORDER RE RESPONSES TO ORDER
                                                        TO SHOW CAUSE**
5    PARAMJIT KAUR, et al.,

6              Defendants.

7          On July 28, 2022, Plaintiff filed a notice stating that this case had settled and that Plaintiff

8    expected the settlement would be consummated within 60 days and a dismissal would be filed.

9    Dkt. 28.  The Court issued an Order to Show Cause re Settlement ("OSC"), with the hearing set

10   for September 27, 2022.  Dkt. 29.  At Plaintiff's request, the OSC hearing has been continued

11   twice.  Dkt. 31, 33.  In both instances, Plaintiff filed a response to the OSC stating that the

12   settlement agreement had been signed.  Dkt. 30, 32.  In Plaintiff's September 12, 2022 response to

13   OSC, Plaintiff stated that he expected to file a dismissal within 60 days.  Dkt. 30.  In Plaintiff's

14   October 10, 2022 response to OSC, Plaintiff stated that the case would be ripe for dismissal "in

15   approximately thirty (30) days from updated show cause/dismissal deadline of October 18, 2022."

16   Dkt. 32.  The OSC hearing is currently scheduled for November 22, 2022.  *See* Dkt. 33.

17         On November 18, 2022, Plaintiff filed a response to OSC stating that he "anticipates filing

18   a dismissal within the coming sixty (60) days."  Dkt. 35.  Plaintiff's latest response to OSC is

19   inadequate because it inconsistent with his previous estimates of when a dismissal will be filed

20   and does not explain the shifting timeline.  However, Defendant's response to OSC states that the

21   last settlement payment was mailed to Plaintiff's counsel on November 18, 2022.  Dkt. 36.

22   Accordingly, the Court will grant one final continuance of the OSC to **December 13, 2022 at**

23   **10:00 a.m.**  A dismissal is due by **December 6, 2022.**

24         **SO ORDERED.**

25   Dated: November 21, 2022

26                                                      _____
                                                        SUSAN VAN KEULEN
27                                                      United States Magistrate Judge

28